AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| GILBERT PHILIP CASTILLO JR. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:19-cv-01070 EDL |
| GRAND TETON PROFESSIONALS LLC d/b/a<br>www.WholeSaleShelfCorporations.com and<br>www.TopTradelines.com | )<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Grand Teton Profesionals LLC
c/o Registered Agent
Registered Agents Inc.
30 N Gould St. Ste R
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas M. Wajda
Wajda Law Group, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*

*[signature]*   Alfred Amistoso
*Signature of Clerk or Deputy Clerk*

Date:  03/01/2019



(SERVED stamp over document)

**STATE OF CALIFORNIA**          **COUNTY OF**

IN THE UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF CALIFORNIA

**Gilbert Philip Castillo Jr**
    Plaintiff,
    -vs-

**Grand Teton Professionals LLC d/b/a www.WholeSaleShelfCorporations.com and www.Top Tradelines.com**
    Defendant.

Civil Action No: **4:19-cv-01070**

### SERVICE RETURN FOR GRAND TETON PROFESSIONALS LLC

I, **Brooke Goodson**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [►] I made service of said *Summons and Complaint* in the county aforesaid on the **12th** day of **March, 2019**, at **12:24 PM** by delivering a copy of the same, to **Grand Teton Professionals LLC** to wit:

    a. [ ] Personally and in person at:
        [ ] Home
        [ ] Work:
        [ ] Bank:
        [►] Other: **Agent**

    b. [►] By leaving copies with **Sanderson Danielle (Agent)**, a person over the age of 14 years old: **Grand Teton Professionals LLC, C/O Reg Agent, 30 N Gould St, Suite R, Sheridan, WY 82801.**

2. [ ] I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:

Comments: White, Female, 5'3", Brown Hair, 30's

_____
Brooke Goodson

Subscribed and sworn to before me by Brooke Goodson this **14** day of **March** 2019.

_____
Notary Public / Clerk (a stewart)

[Notary Seal: E Stewart, Notary Public, State of Wyoming, County of Johnson, My Commission Expires December 29, 20__]

ROS Consulting Inc          621155

