Sulaiman Law Group, Ltd.
James C. Vlahakis, *Admitted Pro Hac Vice*
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT PHILIP CASTILLO JR., | |
| Plaintiff, | No. 3:19-cv-01070-EDL |
| v. | |
| GRAND TETON PROFESSIONALS LLC d/b/a www.WholeSaleShelfCorporations.com and www.TopTradelines.com, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

**To the Clerk of the U.S. District Court for the Northern District of California**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff GILBERT PHILIP CASTILLO JR. requests that the Clerk enter the default of Defendant, GRAND TETON PROFESSIONALS LLC d/b/a www.WholeSaleShelfCorporations.com and www.TopTradelines.com, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of James C. Vlahakis, Esq. attached hereto.

Dated April 8, 2019                              Respectfully submitted,

                                                          s/ James C. Vlahakis
                                                          James C. Vlahakis, *Admitted Pro Hac Vice*
                                                          *Counsel for Plaintiff*
                                                          Sulaiman Law Group, Ltd.

2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 568-3056 (phone)
(630) 575-8188 (fax)
jvlahakis@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned, attorney for Plaintiff, certifies that on April 8, 2019, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by U.S. Certified mail to the following address:

Grand Teton Professionals LLC
d/b/a www.WholeSaleShelfCorporations.com and www.TopTradelines.com
c/o Registered Agent
Registered Agents Inc.
30 N Gould St. Ste R
Sheridan, WY 82801

Respectfully submitted,

s/ James C. Vlahakis
James C. Vlahakis, Esq. *Admitted Pro Hac Vice*