Sulaiman Law Group, Ltd.
James C. Vlahakis, *Admitted Pro Hac Vice*
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facismile: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT PHILIP CASTILLO JR.,<br><br>Plaintiff,<br><br>v.<br><br>GRAND TETON PROFESSIONALS LLC d/b/a www.WholeSaleShelfCorporations.com and www.TopTradelines.com,<br><br>Defendant. | No. 3:19-cv-01070-EDL |

**ORDER ON CLERK'S ENTRY OF DEFAULT**

Plaintiff, Gilbert Philip Castillo Jr., by and through his attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Motion for Entry of Default and the Court having reviewed the same finds:

1.  Default is entered against the Defendant, Grand Teton Professionals LLC d/b/a www.WholeSaleShelfCorporations.com and www.TopTradelines.com.

Dated: _____

                                      Entered:

                                      /s/ _____
                                      Clerk of the Court

1